1.) 59 Complaint, petition, or declaration----For breach of written contract
2.) 17 Complaint, petition, or declaration---- Horseplay causing personal injury
3.) Complaint, petition, or declaration---- Master and Servant

# UNITED STATES DISTRICT COURT

Mary Ann Martin Johnson )
)
    Plaintiff, )
)
vs. ) Case No.: 1:07-CV-167(WLS)
)
1. Berkely Care Insurance Company ) Complaint for breach of contract
) Complaint for Negligence
2. John Doe (Be named from discovery) )
)
3. Carnival Cruise Line

    Defendant

Dated this August 31, 2007

Mary Ann Martin Johnson Pro Se

2304 North Davis StreetAlbany, Georgia 31701

I Mary Ann Martin Johnson bring this case before this court by myself, I have yet to find an attorney so I ask the courts permission to file under Pro Se until I find a lawyer to handle and take over my case.

## COMPLAINT
### Part 1

1. Plaintiff, Mary Ann Martin Johnson, is a resident of Georgia, residing at 2304 North Davis Street, Albany, Dougherty County.

2. Defendant #1 Berkely Care Insurance Company is located at , 300 Jericho Quadrangle, Jericho, New York 11753

3. On September, in the City of Albany, County of Dougherty, State of Georgia, plaintiff and defendant entered into a written contract in which they agreed to supply insurance to cover listed care if accident occurred. A copy of Cruise Vacation Protection Plan is attached as Exhibit "A"

4. Plaintiff has performed all the stipulations, conditions, and agreements required of her (Mary Ann Martin Johnson) under the terms of the contract.

[Summary of pleading] - 1

5. Defendant has failed and refused, and still fails and refuses, to perform their (Berkely Care Insurance Company) part of the contract.

6. Because of defendant's failure to perform, plaintiff has been damaged in the sum of $ 10,000.00, no part of which has been paid.

Plaintiff requests:
Palmyra Hospital bill   est. $4000.00
Gentle Chiropractic Wellness Center Bill est. $ 6,000.00 (still on going)
 Sub total $10,000 thus far

1. Plaintiff have judgment for the sum of $10,000.00 plus on going medical care, with interest;
2. Plaintiff be awarded costs of this suit; and
3. Such other and further relief as the court deems just and proper.
Dated August 31, 2007
, Mary Ann Martin Johnson, is a resident of Georgia, residing at 2304 North Davis Street, Albany, Dougherty County.
Defendant #2and #3 John Doe a worker employed by Carnival Cruise Line which has it's home office located at3655 NW 87 Avenue, Miami, Florida 33178-2428

## COMPLAINT
## Part 2

4. On or about December 17, 2006 at about 5:00PM Mary Ann Martin Johnson was being wheel chaired off the Carnival Cruise Ship by a John Doe (will ask for employee name in discovery) he ran me up the plank,  in which the front wheels got caught in the two inch drench of the rubber matt and I ( Mary Ann Martin Johnson) was launched out and thrown into a steel wall that lead into the Miami port building. Mary suffered full front pain and lower back pain and could not walk. About 20 to 40 witness waiting to depart started laughing and cause deep embarrassment to plaintiff.   On defendant's #2

showing clear careless for an already handicapped person well being by negligence on his part.

5. A building guard watch, and ran away from the scene of the accident. Husband Dwayne Johnson witness and tried to run and get the name of the man who cause me to hit the wall, but was told to leave the area and finish pushing me to the elevator to the baggage department. While in the baggage department we ask workers to talk to a floor manager.

6. A manager named Melissa told us that they have a camera and she'd get us a copy of the tape of that area, and the name of the security guard that was on duty also the name of the man who was pushing my wheel chair. After twenty minutes, the baggage Manager never came back, and we were told to leave the area.

7. Other baggage workers kept telling us to leave the area. We tried to get help but was told we had to leave the area for new passengers were about to board the ship and we had to leave now.

8. In statement's number 5, 6, 7 it lead us (The Johnson family) to believe that the Carnival Cruise Line didn't have anyone working for them who would care for an injured handicapped person injured on their ship, thus showing that Carnival Cruise Line is negligent for what their employee's allowed to do on their premises.

9. As proximate result of defendant #2 and Carnival Cruise Line conduct of other employee's, plaintiff suffered the following permanent injuries that caused and continued to cause plaintiff great physical and mental pain and suffering, to her damage in the amount of $10, 000.00. Plaintiff has server pain to her neck, left arm and can hardly walk and suffer from lower back pains.

10. As proximate result of defendant #2 and Carnival Cruise Line conduct of other employee's incurred bills for medical and hospital attention aggregating $10,000.00 and plaintiff will continue to incur expenses for further medical attention in an approximate amount of $ 25,000.00 or more, to plaintiff further damages in the amount of $ 35,000.00 or more.

11. At the time of injury, plaintiff was 47 years of age. Functioning Disabled and unemployed. Now plaintiff is not functioning at all, it's even hard to walk on her own soon to be in a wheelchair on a more permanent bases.

**WHEREFORE,** plaintiff requests judgment against all defendant's in part 1 & part 2 for the following:

1. General damages in the amount of $250,000.00
2. Damages for medical and related expenses in the amount of $50,000.00
3. Interest according to Law
4. Cost of this action; and
5. Such other and further relief as the court deems just and proper.

Dated August 31, 2007

*[signature]*

(229) 878-5073